UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHARON ZUNDEL,

    Plaintiff,

v.                                      CASE NO: 8:05-cv-1063-T-23MAP

JO ANNE BARNHART,

    Defendant,

_____/

## **ORDER**

Following the Magistrate Judge's initial report and recommendation (Doc. 11), a September 7, 2006, order (Doc. 14) remanded this matter to Magistrate Judge "for consideration of the plaintiff's particularized objections." Upon further review, the Magistrate Judge issues a January 11, 2007, report and recommendation (Doc. 15) to which no party objects.

Accordingly, the Magistrate Judge's report and recommendation (Doc. 15) is **ADOPTED**. This matter is **REMANDED** to the Commissioner of the Social Security Administration for clarification of whether the plaintiff possessed the residual functional capacity to perform sedentary work after July 3, 2000. The Clerk is directed to (1) enter judgment in favor of the plaintiff, (2) terminate any pending motion, and (3) close the case.

ORDERED in Tampa, Florida, on January 30, 2007.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE